PD-1595-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/7/2015 2:38:17 PM
Accepted 5/7/2015 2:46:27 PM
ABEL ACOSTA
CLERK

# Matthew J. Kita

ATTORNEY AND COUNSELOR AT LAW

P.O. BOX 5119

DALLAS, TEXAS 75208

May 7, 2015

FILED IN
COURT OF CRIMINAL APPEALS

May 7, 2014

ABEL ACOSTA, CLERK

**Via e-filing**
Mr. John Brown
Court of Criminal Appeals
201 East 14th Street, Room 106
Austin, Texas 78705

      Re:    *Roger Liverman v. State of Texas*
               Case No. PD-1595-14

               *Aaron Liverman v. State of Texas*
               Case No. PD-1596-14

Dear Mr. Brown:

I represent Appellants-Respondents Roger and Aaron Liverman in the above-referenced appeals. The briefing in this case is complete and the parties are awaiting a setting for oral argument. I write to advise the Court that I am unavailable on June 17 and July 8, 2015 for family-related reasons.

Thank you in advance for considering my availability in your scheduling determinations.

               Respectfully submitted,

               /s/ Matthew J. Kita

               Matthew J. Kita

cc:    **Via e-filing**
       Ms. Lara Tomlin
       P. O. Box 2344
       Denton, Texas 76202

P: 214.699.1863       MATT@MATTKITA.COM       F: 214.347.7221